George Mugrage #G010600
Name and Prisoner/Booking Number

4xh Ave Jail 4A 215
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

OCT 12 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

George Clifford Mugrage
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CHS Starling 2359H
(Full Name of Defendant)
(2) CHS Brooks CHS718
(3) CHS Hansen 2231H
(4) LT. Mikels B1619

Defendant(s).
☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02115-PHX-SMB--JZB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
I Want a Jury Trial

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County Jail/Phoenix

3. 23A Cell 10 Lower Buckeye Jail + 4A 215 4th Ave Jail

550/555

1-A

Sgt. Kirk B.0326

## B. DEFENDANTS

1. Name of first Defendant: __CHS STaRITNg 2359H__. The first Defendant is employed as: __A medical PRovideR__ at __MaRICoPa CoUNTY Jail__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __CHS BRooKS CHS718__. The second Defendant is employed as: __A medical PRovideR__ at __MaRICoPa CoUNTY Jail__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __CHS HaNSeN 2231H__. The third Defendant is employed as: __A medical PRovideR__ at __MaRICoPa CoUNTY Jail__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __LT MIKels B1619__. The fourth Defendant is employed as: __A LUTeNaNT__ at __MaRICoPa CoUNTY Jail__.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# B. Defendants

Sgt, Kirk B0326, The Fifth Defendant is Employed as: A Sargent at Maricopa County Jail Institution

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8Th Amendment was violated By being denied medical atention and Delibrate indiference

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CHS Starling 2359H as A Trained medical provider working for a third party CHS at Maricopas County Jails Failed to Provide medical information and medical services through grievances.

   CHS Brooks CHS718 also as A Trained medical Provider working for A Third Party CHS at Maricopas County Jails Failed to Provide medical services through grievances Process and medical Atention

   CHS Hansen 2239H also as A Trained medical Provider working for A Third Party CHS at Maricopa County Jails Failed to Provide medical services through grievances Process and medical Atention

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was in severe pain in the groins passed out on the toilet and Had bad anxiety atacks and became very paranoid to the point I thought the officers and medical staff was Trying to kill me

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: **8th amendment care, custody and control for a inmate**

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sgt. Kirk and lutenant Mikels became a threat to my safety by denying me any actions to be taken against there officers for denying me medical atention by refuseing to pull me out when called by medical staff they blamed it all on medical staff. Instead of holding there officers to have order and allowing to act as they please put my health and safety at threat as others as well. I have grievance to prove that Sgt. Kirk and lutenant Mikels denied me any actions to there staff and violated my 8th amendment wright for care, custody and control.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   By allowing there officers to act as they will and not pulling me out when called by medical was a threat to my safety and my health.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8Th amendment For deleberate indeference to a prisoner prohibition of cruel and unusal punishment

2. **Count III.** Identify the issue involved. Check **only** one. State additional issues in separate counts.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Cruel and unusal punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CHS Starling denied me medical atention through grievance procedure.
   CHS Brook denied me medical atention through grievance procedure
   CHS Hansen denied me medical atention through grievance procedure
   LT mikels denied me any action to be taken against these staff for denying me medical atention through grievance procedure.
   Sargent Kirk denied me any action to be taken against his staff for denying me medical atention through grievance procedure

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Intense pain in the groin and unesisary pain and suffering and mental stress, plus anxiety atacks

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking: The Relief I am asking for unessisary pain and mental suffering is one hundred thousand dollars from Each Defendant and have a full investigations on the medical teams that are hired to facilitate medcal services at all Maricopa County jails and the opperations that are facilatated at Maricopa County Jails by there officers to see that there are no more victims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-22-2023
DATE

_George Muglage_
SIGNATURE OF PLAINTIFF

N A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N A
(Signature of attorney, if any)

N A
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date _____**October 4, 2023**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

*[signature]* **B5642**
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009