# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Clifford Mugrage,<br><br>    Plaintiff,<br><br>v.<br><br>Unknown Starling, et al.,<br><br>    Defendants. | NO. CV-23-02115-PHX-SMB (JZB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 20, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                       Debra D. Lucas
                                       District Court Executive/Clerk of Court

August 5, 2024

                                       s/ Rebecca Kobza
                               By   Deputy Clerk